# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Pamela Rammage,

        Plaintiff,                         Case No. 2:23-cv-1701
                                         Judge James L. Graham
v.                                          Magistrate Judge Vascura

Kroger,

        Defendant.

<u>Order</u>

       This matter is before the Court on the Magistrate Judge's Report and Recommendation, finding that plaintiff's complaint fails to allege a basis for a claim over which the Court has jurisdiction. No objections to the Report and Recommendation have been filed.

       Upon review, the Court agrees with the Report and Recommendation (Doc. 3), which is hereby adopted, and this action is dismissed.

                                                    <u>s/ James L. Graham</u>
                                                    JAMES L. GRAHAM
                                                    United States District Judge

DATE: June 22, 2023